IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAUSEEF ANSARI, | |
| Plaintiff, | Case No. |
| | FILED: MAY 19, 2008 |
| v. | Civil Action    08 cv 2899    JH |
| | JUDGE ZAGEL |
| MICHAEL CHERTOFF, Secretary of | MAGISTRATE JUDGE KEYS |
| Homeland Security; MICHAEL B. MUKASEY, | |
| Attorney General; EMILIO T. GONZALES, | |
| Director of United States Citizenship and | |
| Immigration Services; CONDOLEEZZA RICE, | |
| Secretary of State; FORD M. FRAKER, | |
| Ambassador to Saudi Arabia; and the | |
| EMBASSY OF THE UNITED STATES FOR | |
| RIYADH, SAUDI ARABIA. | |
| Defendants. | |

## PETITION FOR WRIT OF MANDAMUS

NOW COMES the Plaintiff, Tauseef Ansari ("Ansari"), by and through his attorneys, AZULAYSEIDEN LAW GROUP, and as his Petition for Writ of Mandamus against Defendants, states as follows:

## STATEMENT OF ACTION

1.     This action is brought to compel action on the issuance of an H-1B visa from the United States consular post in Riyadh, Saudi Arabia, which has been pending without decision since April 2007.  Defendants' unreasonable delay in adjudicating the application has worked to detriment Ansari.

## JURISDICTION AND VENUE

2.     This Court has original jurisdiction to hear both civil actions arising under the laws

of the United States and actions to compel an officer or employee of the United States or any agency thereof to perform a duty. 28 USC §1331; 28 USC §1361. This Court also has jurisdiction to grant declaratory relief pursuant to 28 USC §§2201-2202.

3.      This action is brought to compel Defendants, who are officers of the United States, to perform their duties arising under the laws of the United States. Pursuant to the Administrative Procedures Act, 5 USC §701 *et seq.*, this Court has jurisdiction to hear actions arising from claims that an agency, officer, or employee of a government agency failed to act in its, his, or her official capacity and the person to whom the duty was owed suffered a legal wrong.

4.      This action invokes Ansari's right of due process under the Fifth Amendment of the United States Constitution, over which this Court maintains jurisdiction. 28 USC §1331. This action is brought due to the failure of Defendants to perform their duty to either issue or deny Ansari's H-1B visa, within a reasonable amount of time.   Failure to adjudicate said application has resulted in harm to Ansari.

5.      Here, Defendants issued a decision to grant Ansari H-1B classification, but they have delayed the actual visa issuance.

6.      Furthermore, this Court maintains jurisdiction because Ansari seeks to have his application for non-immigrant visa issuance processed to completion, which is among the duties conferred upon Defendants by Congress.  *Id.* at 1256.  The Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA") does not divest this Court of jurisdiction because Ansari is not seeking a review of a denial; he merely seeks to have his application adjudicated.

7.      This Court also has jurisdiction to award Ansari reasonable attorney's fees

pursuant to the Equal Access to Justice Act, 28 USC §2412, for failure of the Defendants to perform their duties within the statutory time period.

8.     Venue is proper in the Northern District of Illinois because is an action against officers of the United States in their official capacities and the defendants from Homeland Security, the State Department, Attorney General, and USCIS all maintain offices in the Northern District of Illinois.  28 USC §1391(e).

<u>**PARTIES**</u>

9.     Ansari is a subject of Saudi Arabia, and he has been awaiting a decision on H-1B visa issuance from the United States consular post in Riyadh, Saudi Arabia since early April 2007.

10.     Defendant Michael Chertoff ("Chertoff") is the Secretary for the Department of Homeland Security ("DHS") and is being sued in his official capacity.

11.     Defendant Michael B. Mukasey ("Mukasey") is the Attorney General of the United States and is being sued in his official capacity.

12.     Defendant Emilio T. Gonzales ("Gonzales"), the Director of the United States Citizenship and Immigration Services, is being sued in his official capacity only.

13.     Defendant Condoleezza Rice ("Rice") is the Secretary for the Department of State and is being sued in her official capacity only.

14.     Defendant Ford M. Fraker ("Fraker") is United States Ambassador to Saudi Arabia and is sued in his official capacity only.

15.     Defendant Embassy of the United States for Riyadh, Saudi Arabia is under the aegis of Amb. Franker and the Department of State.

## EXHAUSTION OF REMEDIES

16.      Ansari has exhausted all administrative remedies available to him.  Ansari has made numerous inquiries concerning the status of his visa application and has made himself available at the behest of Department of State officials for interview purposes; however,  Defendants have failed to act on his application for more than one year.

## CAUSE OF ACTION

17.      Ansari filed an application for an H-1B visa issuance, and appeared for his interview before the United States consulate in Riyadh, Saudi Arabia in early April 2007.

18.      On or about June 11, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that Ansari's application was pending and that they had sufficient paperwork and that they hoped to have a resolution to his case soon.  A true and correct copy of this email is attached hereto as **EXHIBIT A**.

19.      On or about July 28, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that Ansari required a waiver for four NSEERS violations before visa issuance.  A true and correct copy of this email is attached hereto as **EXHIBIT B**.

20.      On or about August 27, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that Defendants were continuing to pursue issuance of Ansari's visa, that his application was still being processed, and that their research had led Defendants to submit a waiver request to the Department of State.  A true and correct copy of this email is attached hereto as **EXHIBIT C**.

21.      On or about September 11, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that his application was still being processed and

that they had not yet received a reply regarding his waiver request of August 30, 2007.   A true and correct copy of this email is attached hereto as **EXHIBIT D**.

22.    On or about September 16, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him a response was still pending.  A true and correct copy of this email is attached hereto as **EXHIBIT E**.

23.    On or about October 23, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that a response was still pending.  A true and correct copy of this email is attached hereto as **EXHIBIT F**.

24.    On or about October 27, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that his application was still being processed and that the request of August 30, 2007 had not yet been processed.  A true and correct copy of this email is attached hereto as **EXHIBIT G**.

25.    On or about November 27, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that his application was still being processed and that Defendants would be unable to provide an estimate related to  when Ansari could receive a response.  A true and correct copy of this email is attached hereto as **EXHIBIT H**.

26.    On or about December 26, 2007, Ansari received an email correspondence from the U.S. vice consul in Riyadh informing him that his application was still being processed and that Defendants recognized that "this has been an unusually long process."  A true and correct copy of this email is attached hereto as **EXHIBIT I**.

27.    There has not yet been a decision on Ansari's H-1B non-immigrant visa application, despite the fact that Ansari had his interview at the consulate in early April 2007, and

sincet that time, numerous inquires have been made with the consulate.

28.    Under 6 USC §236(b)(1), the Secretary "shall have the authority to refuse visas in accordance with law[.]"

29.    In general, the doctrine of consular non-reviewability prevents a court from reviewing a consular official's decision to grant or deny a visa petition: "Nothing in this section shall be construed to create or authorize a private right of action to challenge a decision of a consular officer or other United States official or employee to grant or deny a visa."  6 USC §236(f).

30.    However, this section explicitly limits non-reviewability of decisions to decisions to grant or deny a visa.

31.    This case sounds in mandamus, however, in that Plaintiff prays for an order directing Defendants to make a decision, not what that decision should be.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays that this court grant him the following relief:

A.  Assume jurisdiction over the case and issue an order to Defendants to render a decision on his pending application for H-1B visa issuance;

B.  Award Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 USC §2412, for failure of Defendants to perform their duties within a reasonable period; and

C.  Such other relief at law and in equity as justice may so require.


Respectfully submitted,

s/ Roland Lara
_____
Roland Lara
AZULAYSEIDEN LAW GROUP
Counsel for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200

# Exhibit A

**From:** Brandt, Diane N [mailto:BrandtDN@state.gov]
**Sent:** Monday, June 11, 2007 9:29 AM
**To:** Kathryn Reeves
**Cc:** Riley, Kathleen A
**Subject:** RE: NIV Matter / Tauseef Ansari

Ms. Reeves;

Mr. Ansari's application is pending a final determination of his eligibility.  To date, we have sufficient paperwork from the applicant and are reviewing regulations in accordance.

Should we require further information, we will be in contact.

We hope to have a resolution to his case soon.

Regards,
Diane Brandt

# Exhibit B

From: Brandt, Diane N [mailto:BrandtDN@state.gov]
Sent: Saturday, July 28, 2007 4:39 AM
To: Kathryn Reeves
Cc: Riley, Kathleen A
Subject: RE: Tauseef Ansari

Ms. Reeves;

After looking at the information you attached to your email, it looks like CBP is
giving you information about the wrong waiver.  The information they sent you is
for waiving the NSEERS registration process.  Mr. Ansari needs a waiver for his
previous NSEERS violations.


We are able to "waive" one violation at post.  However, Mr. Ansari has four
violations, which requires a waiver from CBP before visa approval.
The applicant is responsible for applying for this waiver.

I hope this information helps in continuing Mr. Ansari's case.

Regards,
Diane Brandt
Vice Consul
Riyadh

# Exhibit C

From: Brandt, Diane N [mailto:BrandtDN@state.gov]
Sent: Monday, August 27, 2007 3:50 AM
To: Kathryn Reeves
Cc: Riley, Kathleen A
Subject: RE: NIV Matter - Tauseef Ansari

Ms. Reeves,

Thank you for your continued correspondence.  We are continuing to pursue
issuance for Mr. Ansari.  Our research has led us to submitting a waiver request
to the Department of State.  We hope to receive a timely response.

Be assured we will contact Mr. Ansari should we need any information or if we
have new information for him.

Regards,
Diane Brandt
Riyadh

# Exhibit D

From: Fischer, Patrick J [mailto:FischerPJ@state.gov]
Sent: Tuesday, September 11, 2007 11:33 AM
To: Kathryn Reeves
Subject: RE: Out of Office AutoReply: NIV Matter - Tauseef Ansari

Ms. Reeves,

The request was submitted Aug 30, but we have not yet received the reply. We will
contact the applicant directly as soon as we receive a response. Please feel free
to follow up with me or Ms. Brandt.

Thank you,

Patrick

# Exhibit E

From: Brandt, Diane N [mailto:BrandtDN@state.gov]
Sent: Sunday, September 16, 2007 4:57 AM
To: Kathryn Reeves
Subject: RE: NIV Matter - Tauseef Ansari

Ms. Reeves,

We are still waiting for a response regarding this case.  If you would like to
call during our office hours, they are as follows:

Saturday - Wednesday
8am - 5pm

We are 7 hours ahead of EST.

The Embassy number is 966 01 488 3800.  If you email me in advance with a time, I
will send you an extension number (changes depending on time of day).

Regards,
Diane Brandt

Exhibit F

**From:** Brandt, Diane N [mailto:BrandtDN@state.gov]
**Sent:** Tuesday, October 23, 2007 3:10 AM
**To:** Kathryn Reeves
**Cc:** Harriger, Sara
**Subject:** RE: Tauseef Ansari

Kathryn,

I have followed up on Mr. Ansari's case.  We are still waiting for a response.  I have cc'ed a colleague of mine who will be handling and following up with this case since I am departing post soon.  Sara is familiar with the case and we are eager to come to a conclusion for Mr. Ansari.

Please keep in mind, that when we issue H1B visas, the validity length will only be for the length of the petition.  I believe for Mr. Ansari, this date is next year, which means a visa with only 1 year validity.  We can accept new supporting documents (ie - a new petition or extension) before issuance.  The best time to submit new documents is with the passport, once we are ready to issue and have called Mr. Ansari indicating such.  A Pakistani passport holder can receive a visa with a validity length of up to 5 years.

Regards,
Diane Brandt

# Exhibit G

From: Fischer, Patrick J [mailto:FischerPJ@state.gov]
Sent: Saturday, October 27, 2007 8:13 AM
To: Kathryn Reeves
Subject: RE: NIV Matter - Tauseef Ansari

Ms. Reeves,

Mr. Ansari's application is still pending. The request has not yet been
processed. I will follow up with the appropriate agencies to determine the reason
for the delay. Diane Brandt recently transferred jobs and is no longer working at
Embassy Riyadh. Please feel free to contact me regarding the status of the case.

Thank you.

Sincerely,

Patrick

# Exhibit H

From: Fischer, Patrick J [mailto:FischerPJ@state.gov]
Sent: Tuesday, November 27, 2007 12:06 AM
To: Kathryn Reeves
Subject: RE: NIV Matter - Tauseef Ansari

Ms. Reeves:

I am following up on the case of Tauseef Ansari. His application is still being
processed and I am unable to provide an estimate on when he will receive a
response.

Has he had any difficulties when traveling to the U.S. in the past?

I will continue to follow the case and contact you as soon as I have any
information.

Sincerely,

Patrick Fischer

# Exhibit I

From: Fischer, Patrick J [mailto:FischerPJ@state.gov]
Sent: Wednesday, December 26, 2007 5:26 AM
To: Kathryn Reeves
Subject: RE: NIV Matter - Tauseef Ansari

Ms. Reeves,

I am writing to follow up on Tauseef Ansari's visa application. His application
is still being processed. I understand this has been an unusually long process.
Have you spoken to your client about any issues or problems that would dealy his
visa issuance? I will continue to monitor the case and provide you an update as
soon as I have any information.

Thank you.

Sincerely,

Patrick Fischer