## United States District Court for the Northern District of Illinois

Case Number: 08CV2899                    Assigned/Issued By: DAJ

Judge Name: ZAGEL                        Designated Magistrate Judge: KEYS

---

### FEE INFORMATION

**Amount Due:**   [✓] $350.00    [ ] $39.00    [ ] $5.00
                  [ ] IFP        [ ] No Fee    [ ] Other _____
                  [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                         Receipt #: 2788796

Date Payment Rec'd: 05/19/08                Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
[ ] Citation to Discover Assets             (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

7  Original and  0  copies on  05/19/08  as to MICHAEL CHERTOFF,
                                (Date)
EMBASSY OF THE US, CONDOLEEZZA RICE, MICHAEL MUKASEY, FORD FRAKER,

PATRICK FITZGERALD, EMILIO GONZALES

---

C:\wpwin80\docket\feeinfo.frm    03/14/05