IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAUSEEF ANSARI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; MICHAEL B. MUKASEY, Attorney General; EMILIO T. GONZALES, Director of United States Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State; FORD M. FRAKER, Ambassador to Saudi Arabia; and the EMBASSY OF THE UNITED STATES FOR RIYADH, SAUDI ARABIA.<br><br>　　　　　　Defendants. | Case No. 08 cv 2899<br><br>Civil Action<br><br>Judge Zagel<br><br>Magistrate Judge Keys |

## MOTION FOR DEFAULT AND FOR EXPEDITED HEARING

NOW COMES the Plaintiff, Tauseef Ansari ("Ansari"), by and through his attorneys, AzulaySeiden Law Group, and as his Motion for Default and for Expedited Hearing, states as follows:

1.　　This action is brought to compel action on the issuance of an H-1B visa from the United States consular post in Riyadh, Saudi Arabia, which has been pending without decision since April 2007. Defendants' unreasonable delay in adjudicating the application has worked to detriment Ansari.

2.　　Ansari filed and served his Petition for Writ of Mandamus on May 19, 2008.

3.　　To date, no Defendant nor the United States Attorney has filed an appearance or Answer in this case.

4. Moreover, Ansari's H-1B status non-immigrant is set to expire, and Defendants' failure to issue the H-1B visa works to Ansari's severe detriment and prejudice.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays that this court grant him the following relief:

A. An order of default;

B. An expedited hearing;

C. Defendants to render a decision on his pending application for H-1B visa issuance;

D. Award Plaintiff reasonable attorney's fees pursuant to the Equal Access to Justice Act, 28 USC §2412, for failure of Defendants to perform their duties within a reasonable period; and

E. Such other relief at law and in equity as justice may so require.

Respectfully submitted,

s/ Roland Lara
_____
Roland Lara
AZULAYSEIDEN LAW GROUP
Counsel for Plaintiff
205 North Michigan Avenue, 40th Floor
Chicago, Illinois 60601
312.832.9200