IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAUSEEF ANSARI,<br><br>            Plaintiff,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; MICHAEL B. MUKASEY, Attorney General; EMILIO T. GONZALES, Director of United States Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State; FORD M. FRAKER, Ambassador to Saudi Arabia; and the EMBASSY OF THE UNITED STATES FOR RIYADH, SAUDI ARABIA.<br><br>            Defendants. | Case No. 08 cv 2899<br><br>Civil Action<br><br>Judge Zagel<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 22, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Zagel, or any judge sitting in his stead, in Courtroom 2503 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the Motion for Default and for Expedited Hearing, a true and correct copy of which is attached and served upon you.

                                                AZULAYSEIDEN LAW GROUP
                                                Attorneys for the Plaintiff
                                                205 North Michigan Avenue – 40th Floor
                                                Chicago, Illinois  60601
                                                Telephone Number:  312-832-9200

## Certificate of Service

    I, Roland Lara, an attorney, do hereby state that I caused a copy of the Motion for Default and for Expedited Hearing to be served upon the following individual at the indicated address by email notification using the ECF system on July 17, 2008 before the hour of 5:00 p.m.

United States Attorney's Office (NDIL)
219 South Dearborn Street
Suite 500
Chicago, IL 60604
(312) 353-5300
Email: USAILN.ECFAUSA@usdoj.gov

By: **s/ Roland Lara**
    Roland Lara