UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tauseef Ansari
                              Plaintiff,

v.                                    Case No.: 1:08–cv–02899
                                                 Honorable James B. Zagel

Michael Chertoff, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/22/2008. Motion for Chistopher Hollis to appear pro hac Vice [8] is granted. MOTION by Plaintiff Tauseef Ansari for default judgment as to all defendants [6] is denied. Attorney Christopher Hollis is directed to appear for the status on 7/29/2008. Status hearing set for 7/29/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.