UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAUSEEF ANSARI,                               )<br>                                               )<br>           Plaintiff,                  )<br>                                               )<br>           v.                          )<br>                                               )<br>MICHAEL CHERTOFF, Secretary, Department of )<br>Homeland Security; MICHAEL B. MUKASEY,         )<br>Attorney General of the United States;         )<br>JONATHAN SCHARFEN,[1] Acting Director,         )<br>United States Citizenship and Immigration      )<br>Services; CONDOLEEZZA RICE, Secretary,         )<br>Department of State; FORD M. FRAKER,           )<br>Ambassador to Saudi Arabia; EMBASSY OF THE     )<br>UNITED STATES FOR RIYADH, SAUDI                )<br>ARABIA                                         )<br>                                               )<br>           Defendants.                )<br>                                               ) | No. 08-cv-2899 (Zagel)<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF RESPONSE PERIOD** |

Defendants, by and through their undersigned counsel, hereby move this Court for an order extending the period allowed for Defendants to file a response to the Petition for a Writ of Mandamus ("Petition"). Defendants' response to the Petition is due August 19, 2008. Defendants request an extension of their response time up to and including September 18, 2008. Plaintiff does not oppose this motion.

In further support thereof, Defendants say as follows:

1. On May 19, 2008, Plaintiff filed his Petition and served it upon the U.S. Attorney's Office on June 20, 2008. Defendants' response to the Petition is currently due August 19, 2008.

2. Upon information and belief, this case may be resolved administratively within the next several weeks such that judicial intervention may not be necessary. Defendants are actively pursuing reinterview of Plaintiff regarding his visa application and the potential exists that the application will be readjudicated and the visa will be granted.

---

[1] Dr. Emilio Gonzalez resigned as Director, United States Citizenship and Immigration Services, effective April 18, 2008. Jonathan Scharfen, Acting Director, is automatically substituted as a party for Dr. Gonzalez. *See* Fed. R. Civ. P. 25(d).

3. On August 12, 2008, the undersigned counsel for Defendants, Christopher W. Hollis, communicated by electronic mail with counsel for Plaintiff, Roland Lara. Mr. Lara was advised of the potential for administrative resolution of the matter. Mr. Lara indicated that Plaintiff did not oppose Defendants' request for an extension of the period allowed for Defendants to file a response to the Petition.

4. In the interest of judicial economy and in light of the potential for readjudication and grant of Plaintiff's visa application, Defendants respectfully request that the Court grant the extension order requested herein.

Dated: August 15, 2008                     Respectfully submitted,

                                           JEFFREY S. BUCHOLTZ
                                           Assistant Attorney General

                                           DAVID J. KLINE
                                           Director, District Court Section

                                           GJON JUNCAJ
                                           Senior Litigation Counsel

                               By:         /s/ Christopher W. Hollis
                                           CHRISTOPHER W. HOLLIS
                                           Trial Attorney
                                           Office of Immigration Litigation
                                           U.S. Department of Justice
                                           P.O. Box 868, Ben Franklin Station
                                           Washington, D.C. 20044
                                           (202) 305-0899; 616-8962 (fax)
                                           christopher.hollis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Unopposed Motion for Extension of Response Period was served on this 15th day of August 2008 via electronic filing system to all counsel listed below.

>Roland Lara, Esq.
>Azulay Seiden Law Group
>205 N. Michigan Ave., 40th Fl.
>Chicago, IL 60601

>>By:   /s/ Christopher W. Hollis
>>Christopher W. Hollis
>>U.S. DEPARTMENT OF JUSTICE