IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAUSEEF ANSARI, | |
| Plaintiff, | Case No. 08 cv 2899 |
| v. | Civil Action |
| MICHAEL CHERTOFF, Secretary of Homeland Security; MICHAEL B. MUKASEY, Attorney General; EMILIO T. GONZALES, Director of United States Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State; FORD M. FRAKER, Ambassador to Saudi Arabia; and the EMBASSY OF THE UNITED STATES FOR RIYADH, SAUDI ARABIA. | Judge Zagel Magistrate Judge Keys |
| Defendants. | |

## **MOTION TO DISMISS**

NOW COMES the Plaintiff, Tauseef Ansari ("Ansari"), by and through his attorneys, AZULAYSEIDEN LAW GROUP, and as his Motion to Dismiss, states as follows:

1. Ansari filed and served his Petition for Writ of Mandamus on May 19, 2008.

2. Since the filing of this action, Defendants have issued Ansari his H-1B visa.

3. Therefore, the instant action is now moot.

WHEREFORE, Plaintiff requests that the instant action be dismissed

                                              Respectfully submitted,

                                              s/ Roland Lara

                                              Roland Lara
                                              AZULAYSEIDEN LAW GROUP
                                              Counsel for Plaintiff
                                              205 North Michigan Avenue, 40th Floor
                                              Chicago, Illinois 60601
                                              312.832.9200