IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TAUSEEF ANSARI,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security; MICHAEL B. MUKASEY, Attorney General; EMILIO T. GONZALES, Director of United States Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State; FORD M. FRAKER, Ambassador to Saudi Arabia; and the EMBASSY OF THE UNITED STATES FOR RIYADH, SAUDI ARABIA.<br><br>    Defendants. | Case No. 08 cv 2899<br><br>Civil Action<br><br>Judge Zagel<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

   PLEASE TAKE NOTICE that on September 9, 2008, at 10:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Zagel, or any judge sitting in his stead, in Courtroom 2503 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the Motion to Dismiss, a true and correct copy of which is attached and served upon you.

                 AZULAYSEIDEN LAW GROUP
                 Attorneys for the Plaintiff
                 205 North Michigan Avenue – 40th Floor
                 Chicago, Illinois  60601
                 Telephone Number:  312-832-9200

## Certificate of Service

    I, Roland Lara, an attorney, do hereby state that I caused a copy of the Motion to Dismiss to be served upon the following individual at the indicated address by email notification using the ECF system on September 4, 2008 before the hour of 11:59 p.m.

Christopher Wayne Hollis
U.S. Department of Justice, Civil Div., Off of Immig Lit-DCS
PO Box 868
Ben Franklin Station
Washington, DC 20044
(202) 305-0899
christopher.hollis@usdoj.gov

                                            By: **s/ Roland Lara**
                                                Roland Lara